IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 25-09-M-DWM |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| vs. | |
| ROGELIO HERNANDEZ-OLIVARES, | |
| Defendant. | |

The United States moves to dismiss the indictment in this case without prejudice.

IT IS HEREBY ORDERED that the motion is GRANTED. The indictment in this matter is DISMISSED without prejudice. The trial and all deadlines are vacated.

ORDERED this 27th day of March, 2025.

Hon. Donald W. Molloy
United States District Court Judge